IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD BRAUNSTEIN,<br><br>           Plaintiff,<br><br>   v.<br><br>KEMET CORPORATION, FRANK G. BRANDENBERG, WILFRIED BACKES, GURMINDER S. BEDI, JACOB KOTZUBEI, WILLIAM LOWE, E. ERWIN MADDREY, II, YASUKO MATSUMOTO, ROBERT G. PAUL, AND KAREN M. ROGGE,<br><br>           Defendants. | Civil Action No. 1:20-cv-35 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified in the Action.

Dated: February 27, 2020

Respectfully submitted,

By: */s/ Joshua M. Lifshitz*
Joshua M. Lifshitz
Email: jml@jlclasslaw.com
**LIFSHITZ & MILLER LLP**
821 Franklin Avenue, Suite 209
Garden City, New York 11530
Telephone: (516) 493-9780
Facsimile: (516) 280-7376

*Attorneys for Plaintiff*